No. 216. OWENS *v.* HUDSON. October 21, 1929. Petition for writ of certiorari to the Court of Appeals, Eighth Judicial District, Cuyahoga County, State of Ohio, denied. *Mr. Alexander H. Martin* for petitioner. *Mr. James C. Waters, Jr.,* for respondent.

No. 217. DET FORENEDE DAMPSKIBS SELSKAB *v.* INSURANCE COMPANY OF NORTH AMERICA. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ira A. Campbell* for petitioner. *Messrs. D. Roger Englar* and *Oscar R. Houston* for respondent.

No. 218. ROSENBERG ET AL. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Nat Schmulowitz* for petitioners. *Solicitor General Hughes, Assistant Attorney General Galloway* and *Mr. Claude R. Branch* for the United States.

No. 219. LYNCH *v.* INTERNATIONAL BANKING CORP'N. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A. A. DeLigne* and *A. E. Shaw* for petitioner. *Mr. Marcel E. Cerf* for respondent.

No. 220. GENERAL ELECTRIC CO. ET AL. *v.* ROBERTSON, COMMISSIONER OF PATENTS. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harrison F. Lyman, Frederick P. Fish,* and *Charles E. Tullar* for petitioners.

*Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *Harry E. Knight* for respondent.

No. 221. ROYAL BAKING POWDER CO. *v.* FEDERAL TRADE COMM'N ET AL. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Matthew E. O'Brien* and *Matthew H. O'Brien* for petitioner. *Solicitor General Hughes* and *Messrs. Claude R. Branch, Robert E. Healy, Adrien F. Busick,* and *Martin A. Morrison* for respondents.

No. 224. JOHNSON-WENTWORTH CO. *v.* McDONOUGH. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles Neave* for petitioner. *Mr. Amasa C. Paul* for respondent.

No. 225. BODKIN *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Patrick H. Loughran* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *J. Robert Anderson* for the United States.

No. 227. ILLINOIS COAL CORP'N *v.* AMERICAN MINE EQUIPMENT CO. ET AL.; and

No. 228. SAME *v.* SAME. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. S. O. Levinson* and